USDC- BALTIMORE
'24 APR 24 PM 12:26

LNE 4.23.24
JIH: USAO 2024R00189

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | CRIMINAL NO. SAG24cr135 |
| v. | * | |
| | * | (Unlawful Possession of a Machine |
| **DARRAND SYKES,** | * | Gun, 18 U.S.C. § 922(o); Possession |
| | * | with Intent to Distribute a Controlled |
| Defendant. | * | Substance, 21 U.S.C. § 841(a)(1); |
| | * | Forfeiture, 18 U.S.C. § 924(d), 21 |
| | * | U.S.C. § 853, 28 U.S.C. § 2461(c)) |

*******

## INDICTMENT

### COUNT ONE
### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland charges that:

On or about January 10, 2024, in the District of Maryland, the Defendant,

**DARRAND SYKES**,

did knowingly possess a machinegun, that is, a fully automatic Glock model 22 .40 S&W, bearing serial number BTSE584, with a black auto sear switch attached thereto.

18 U.S.C. § 922(o)

## COUNT TWO
### (Possession with Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about January 10, 2024, in the District of Maryland, the Defendant,

**DARRAND SYKES,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under any of the offenses charged in Counts One or Two of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offense alleged in Count Two of this Indictment, the Defendant,

**DARRAND SYKES,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

  a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

  b. any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

3. Upon conviction of the offense alleged in Count One of this Indictment, the Defendant,

**DARRAND SYKES,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offense(s).

### Property Subject to Forfeiture

4. The property to be forfeited includes, but is not limited to, the following:

    a. a Glock model 22 .40 caliber S&W firearm, bearing serial number BTSE584, with a black auto sear switch attached thereto;

    b. a Glock model 19 9mm Luger firearm, bearing serial number BZPK801, with a black auto sear switch attached thereto;

    c. approximately 23 cartridges of .40 caliber S&W ammunition; and

    d. approximately 24 cartridges of 9mm Luger ammunition.

### Substitute Assets

5. If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

_____
Foreperson

04.24.24
Date

4